IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                                              PLAINTIFF

v.                             Case No. 3:12-CV-03128

DOLGENCORP, LLC; and DOLLAR GENERAL
CORPORATION d/b/a DOLLAR GENERAL
STORE BULL SHOALS                                                                               DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

On January 31, 2014, the parties provided the Court with a Consent Decree, signed by counsel for all parties, which constitutes a final resolution and settlement of Plaintiff's claims in this matter. The Consent Decree has been approved and entered by the Court. (Doc. 16).

Accordingly, it is ORDERED that the Complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the Consent Decree.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that a provision of the Consent Decree has not been completed and that a party wishes this Court to enforce the Consent Decree specifically.

IT IS SO ORDERED this 5th day of February, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE